DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAMBURELLO MARQUIS GRAHAM**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-870

[July 12, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 50-2009-CF-014160-AXXX-MB.

Tamburello Marquis Graham, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***